# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WYNOTT,<br>           Plaintiff,<br><br>     v.<br><br>EOS CCA<br>           Defendant. | )<br>)<br>)<br>)<br>) **Case No.: 1:13-cv-11331-PBS**<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Andrew M. Schneiderman* | */s/ Craig Thor Kimmel* |
| Andrew M. Schneiderman, Esquire | Craig Thor Kimmel, Esquire |
| BBO# 666252 | BBO# 662924 |
| Hinshaw & Culbertson, LLP | Kimmel & Silverman, P.C. |
| 28 State Street, 24TH Floor | 30 East Butler Pike |
| Boston, MA 02109 | Ambler, PA 19002 |
| Phone: (617) 213-7012 | Phone: (215) 540-8888 |
| Fax: (617) 213-3001 | Fax: (877) 788-2864 |
| Email:aschneiderman@hinshawlaw.com | Email:kimmel@creditlaw.com |
| Attorney for the Defendant | Attorney for the Plaintiff |
| Date: November 4, 2013 | Date: November 4, 2013 |

BY THE COURT:

_____
                                        J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this 4th day of November, 2013:

    Andrew M. Schneiderman, Esquire
    Hinshaw & Culbertson, LLP
    28 State Street, 24TH Floor
    Boston MA 02109
    aschneiderman@hinshawlaw.com

    */s/ Craig Thor Kimmel*
    Craig Thor Kimmel, Esquire
    BBO# 662924
    Kimmel & Silverman, P.C.
    30 East Butler Pike
    Ambler, PA 19002
    Phone: (215) 540-8888
    Fax: (877) 788-2864
    Email:kimmel@creditlaw.com
    Attorney for the Plaintiff